319 Ga. 531
FINAL COPY

S24Y0857. IN THE MATTER OF SHELITHA RENEE
ROBERTSON.

PER CURIAM.

This disciplinary matter is before the Court on the petition filed by Shelitha Renee Robertson (State Bar No. 609824) seeking the voluntary suspension of her license to practice law pending the outcome of an appeal of her criminal convictions. Robertson, who has been a member of the Bar since 1996, admits that, on December 19, 2023, she was found guilty, in the United States District Court for the Northern District of Georgia, of one count of conspiracy to commit wire fraud, in violation of 18 USC § 1349; three counts of wire fraud, in violation of 18 USC § 1343;[1] and one count of money

---

[1] Robertson states in her petition that she was found guilty of three counts of wire fraud in violation of 18 USC § 1342, but this appears to be a typographical error: the federal case docket shows that she was found guilty of three counts of wire fraud in violation of 18 USC § 1343. See *United States v. Robertson*, Criminal Case No. 1:22-cr-00432-SDG-JEM-1, 2023 WL 7703498, 2023 U.S. Dist. LEXIS 204248 (N.D. Ga., Nov. 15, 2023). See also 18 USC §§ 1342 ("Fictitious name or address") and 1343 ("Fraud by wire, radio, or television").

laundering, in violation of 18 USC § 1957. Robertson further acknowledges that her convictions constitute violations of Rule 8.4 (a) (2) of the Georgia Rules of Professional Conduct found in Bar Rule 4-102 (d). The maximum penalty for a violation of Rule 8.4 (a) (2) is disbarment. Robertson states that she will notify the State Bar of the final disposition of her direct appeal within ten days of that disposition. The Bar has filed a response recommending that Robertson's petition be granted.

Having reviewed Robertson's petition, we agree that the petition should be accepted. See *In the Matter of Rachel*, 297 Ga. 279 (773 SE2d 246) (2015) (accepting petition seeking voluntary suspension of license pending outcome of appeal of criminal convictions). See also *In the Matter of Swank*, 288 Ga. 479 (704 SE2d 807) (2011) (accepting petition for interim suspension during pendency of criminal charges). Accordingly, it is hereby ordered that Shelitha Renee Robertson be suspended from the practice of law in this State pending the outcome of her direct appeal and until further order of this Court. Robertson is ordered to notify the State Bar's

2

Office of General Counsel in writing within ten days of the final disposition of her direct appeal, and she is reminded of her duties pursuant to Bar Rule 4-219 (b).

*Petition for interim suspension accepted. Suspended until further order of this Court. All the Justices concur.*

Decided July 16, 2024.

Suspension.

*Gillen & Lake, Craig A. Gillen*, for Robertson.

*Paula J. Frederick, General Counsel State Bar, James S. Lewis, Andreea N. Morrison, Assistant General Counsel State Bar*, for State Bar of Georgia.